IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01548-RPM

JAYNE POORBAUGH,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CHAFFEE, COLORADO;
and
CHAFFEE COUNTY PUBLIC HEALTH,

    Defendants.
_____

**ORDER GRANTING JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT CHAFFEE COUNTY PUBLIC HEALTH**
_____

    THIS MATTER comes before the Court on the parties' Joint Stipulation for Voluntary Dismissal of Plaintiff's Claims Against Defendant Chaffee County Public Health [18]. The Court having reviewed the Joint Stipulation and being fully advised of the matters contained therein, hereby **ORDERS** as follows:

    1. Plaintiff's claims against Defendant Chaffee County Public Health are dismissed with prejudice, each party to pay its own costs and fees.

    SO ORDERED THIS 4th DAY OF October, 2012.

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge