IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01548-RPM

JAYNE POORBAUGH,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CHAFFEE, COLORADO

    Defendant

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF FROM MAY 15, 2013 TO MAY 22, 2013 AND DISPOSITIVE MOTION DEADLINE FROM JUNE 1, 2013 TO JUNE 14, 2013**

---

This matter comes before the Court upon Defendant Board of County Commissioners of the County of Chaffee's Unopposed Motion to Amend Scheduling Order to extend discovery cut-off from May 15, 2013 to May 22, 2013 and the dispositive motion deadline from June 1, 2013 to June 15, 2013. The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Scheduling Order is amended to reflect a discovery cut-off date of May 22, 2013 and a dispositive motion deadline of June 14, 2013.

2

DATED this 29th day of March, 2013

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge

2