IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01548-RPM

JAYNE POORBAUGH,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CHAFFEE, COLORADO

    Defendant.

---

**ORDER GRANTING DEFENDANT'S SECOND UNOPPOSED MOTION TO AMEND SCHEDULING ORDER TO EXTEND DISCOVERY CUT-OFF FROM MAY 22, 2013 TO MAY 31, 2013 AND DISPOSITIVE MOTION DEADLINE FROM JUNE 14, 2013 TO JUNE 21, 2013**

---

This matter comes before the Court upon Defendant Board of County Commissioners of the County of Chaffee's Second Unopposed Motion to Amend Scheduling Order to extend discovery cut-off from May 22, 2013 to May 31, 2013 and the dispositive motion deadline from June 14, 2013 to June 21, 2013. The Court, having reviewed the Motion and being fully advised, hereby GRANTS the Motion and ORDERS that the Scheduling Order is amended to reflect a discovery cut-off date of May 31, 2013 and a dispositive motion deadline of June 21, 2013.

DATED this 10th day of April, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge