**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: October 17, 2013
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 12-cv-01548-RPM

JAYNE POORBAUGH,                                       Joseph W. Galera

      Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS        William T. O'Connell, III
OF THE COUNTY OF CHAFFEE, COLORADO and
CHAFFEE COUNTY PUBLIC HEALTH,

      Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Motion for Summary Judgment**

**3:00 p.m.**       **Court in session.**

Court's preliminary remarks.

Argument by Mr. O'Connell.
Argument by Mr. Galera.
Argument by Mr. O'Connell.

**ORDERED:**     Defendants' Motion for Summary Judgment [24], is taken under advisement.

**3:45 p.m.**       **Court in recess.**

Hearing concluded. Total time: 45 min.