IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01548-RPM

JAYNE POORBAUGH,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF CHAFFEE, COLORADO,

    Defendant.

_____

## JUDGMENT
_____

    Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch today, it is

    ORDERED AND ADJUDGED that this civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

    Dated: October 28th, 2013

                      FOR THE COURT:

                      JEFFREY P. COLWELL

                         s/M.V. Wentz
                    By_____
                             Deputy